AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sands, Willie L. | District Court Middle Georgia | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U. S. District Judge | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

C. B. King U. S. Courthouse
201 West Broad Avenue
Albany, Georgia 31701

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Mercer University |
| 2. | Trustee | Walter F. George School of Law Foundation, Inc. |
| 3. | Member | Albany Symphony Association, Inc. Board of Directors |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Raycom Media, Inc - Salary, TV News Anchor |
| 2. | 2018 | Self-employed, Singer/Performer |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Richard Neuwirth | personal loan | J |
| 2. | Navient | college tuition loan | J |
| 3. | Navient | college tuition loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking | | None | J | T | | | | | |
| 2. E*Trade SecuritiesLLC Brokerage (H) | A | Dividend | K | T | | | | | |
| 3. -EKSO common | | None | J | T | | | | | |
| 4. -EKSO common | | None | J | T | Buy (add'l) | 01/11/18 | J | | |
| 5. -EKSO common | | None | J | T | Buy (add'l) | 06/05/18 | J | | |
| 6. -EKSO common | | None | J | T | Buy (add'l) | 06/13/18 | J | | |
| 7. -IDCC common | A | Dividend | J | T | | | | | |
| 8. -ORBC common | | None | J | T | | | | | |
| 9. -PCRFY ADR | A | Dividend | J | T | | | | | |
| 10. -UEC common | | None | J | T | | | | | |
| 11. -OA common | A | Dividend | | | Distributed | 06/08/18 | J | B | |
| 12. -BABA ADR | | None | J | T | | | | | |
| 13. -BABA ADR | | None | J | T | Buy (add'l) | 02/06/18 | J | | |
| 14. -BABA ADR | | None | J | T | Buy (add'l) | 03/09/18 | J | | |
| 15. -BABA ADR | | None | J | T | Buy (add'l) | 04/03/18 | J | | |
| 16. -QRVO common | | None | J | T | | | | | |
| 17. -BLNK common | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BLNK common | | None | J | T | Buy (add'l) | 05/14/18 | J | | |
| 19. -EVSI common | | None | J | T | | | | | |
| 20. -EVSI common | | None | J | T | Buy (add'l) | 05/25/18 | J | | |
| 21. -EVSI common | | None | J | T | Buy (add'l) | 09/27/18 | J | | |
| 22. -EVSI common | | None | J | T | Buy (add'l) | 09/28/18 | J | | |
| 23. -532782208 (LINC) common | | None | J | T | | | | | |
| 24. -RACE common | A | Dividend | J | T | | | | | |
| 25. ANLDF common | | None | J | T | Buy | 08/06/18 | J | | |
| 26. -ANLDF common | | None | J | T | Buy (add'l) | 09/13/18 | J | | |
| 27. -ANLDF common | | None | J | T | Buy (add'l) | 09/14/18 | J | | |
| 28. -BCC common | A | Dividend | J | T | Buy | 01/23/18 | J | | |
| 29. -CUBI common | | None | J | T | Buy | 01/23/18 | J | | |
| 30. -USCFF common | | None | | | Merged (with line 31) | 06/06/18 | J | B | |
| 31. -FTSSF common | | None | J | T | Open | 06/06/18 | J | | |
| 32. -KSHB common | | None | J | T | Buy | 06/29/18 | J | | |
| 33. -KSHB common | | None | J | T | Buy (add'l) | 10/04/18 | J | | |
| 34. -LAC common | | None | J | T | Buy | 01/24/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -LAC common | | None | J | T | Buy (add'l) | 03/09/18 | J | | |
| 36. -LIXXF common | | None | | | Sold | 03/09/18 | J | A | |
| 37. -NRGMF common | | None | J | T | Buy | 02/01/18 | J | | |
| 38. -TTS common | A | Dividend | J | T | Buy | 01/24/18 | J | | |
| 39. -TTS common | A | Dividend | J | T | Buy (add'l) | 03/09/18 | J | | |
| 40. -RHHNF | | None | J | T | Buy | 06/13/18 | J | | |
| 41. -RHHNF | | None | J | T | Buy (add'l) | 09/13/18 | J | | |
| 42. -RHHNF | | None | J | T | Buy (add'l) | 09/20/18 | J | | |
| 43. TIAA Brokerage Services (H) | A | Dividend | | | | | | | |
| 44. -GOOD common | A | Distribution | | | Sold | 01/30/18 | J | | |
| 45. -EVSI common | | None | J | T | | | | | |
| 46. -ARRRF common | | None | J | T | | | | | |
| 47. -CTEQF common | | None | J | T | | | | | |
| 48. National Financial Services, LLC (H) | | None | J | T | | | | | |
| 49. -KSHB common | | None | J | T | Buy | 02/05/18 | J | | |
| 50. -KSHB common | | None | J | T | Buy (add'l) | 02/13/18 | J | | |
| 51. Raycom Media, Inc 401(k) (H) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Total Bond Market Index I | | None | J | T | | | | | |
| 53. -Vanguard Target Retirement 2025 Inv | | None | K | T | | | | | |
| 54. -Vanguard Equity Income Adm | | None | J | T | | | | | |
| 55. -Vanguard Mid-Cap Index Fund Instl | | None | J | T | | | | | |
| 56. -Victory Sycamore Small Co Opportunity I | | None | J | T | | | | | |
| 57. -WF/BlackRock S&P 500 Index CIT N | | None | J | T | | | | | |
| 58. -WF/BlackRock Intl Eq Index CIT N | | None | J | T | | | | | |
| 59. -Touchstone Small Company Fund Class Y | | None | K | T | | | | | |
| 60. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sands, Willie L. | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 11:  OA was acquired by another corporation for cash, only. Cash, only, was distributed to former stock holders of OA.

Lines 30-31, inclusive:  USCFF, Line 30,  merged into FTSSF, Line 31,  on 06/06/18 for stock, only, Line 30. Stock issued from the merger is listed as FTSSF on line 31.

Line 43:  Previous brokerage, EVERTRADE DIRECT BROKERAGE ( 2017 Report ), was acquired by TIAA BROKERAGE SERVICES and ceased to exist on March 26, 2018. Previous holdings, i.e., GOOD, EVSI, ARRRF and CTEQF were transferred to TIAA on March 26, 2018.

Line 48:  KSHB, lines 49 & 50,  previously held in EVERTRADE DIRECT BROKERAGE (2017 Report), see information and explanation, Line 43, Part VIII, above. KSHB was not transferred to TIAA, but to National Financial Services, LLC

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Willie L. Sands**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544